# Order

Michigan Supreme Court
Lansing, Michigan

October 31, 2007

133834

JACOB S. STANKE, a Minor, by his Next Friend,
ISABELLA BANK AND TRUST, and ISABELLA
BANK AND TRUST, as Trustee of the Jacob S.
Stanke Trust Agreement,
          Plaintiff-Appellant,

v

LINDA J. STANKE,
          Defendant,
and

VARNUM, RIDDERING, SCHMIDT and
HOWLETT, L.L.P.,
          Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133834
COA: 263446
Isabella CC: 04-003305-NM

On order of the Court, the application for leave to appeal the March 20, 2007 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration. On remand, the court shall review the plaintiff's appeal of the Isabella Circuit Court's grant of summary disposition with respect to the attorney judgment rule solely under the standards applicable to MCR 2.116(C)(8). The defendant brought its motion solely under MCR 2.116(C)(8) and, as a result, the reviewing court must limit its review to the well-pleaded allegations in the plaintiff's complaint. *Maiden v Rozwood*, 461 Mich 109, 119-120 (1999). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should now be reviewed by this Court.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

_____
Clerk

t1024